IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTONIO DEMARION COLEY                                                        PLAINTIFF
ADC #92842

v.                          Case No. 2:12CV00160 KGB/HDY

MARYBETH FLOYD, et al.                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 63), and the objections filed (Dkt. No. 64). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Defendant Walter Holloway's motion to quash service and to dismiss is granted in part and denied in part (Dkt. No. 56). Mr. Holloway's request to quash the service of process attempted on him by certified mail to the Arkansas Department of Health in Little Rock is granted (Dkt. No. 53). The motion is denied in all other respects.

The Court has reviewed the second Proposed Findings and Partial Recommended Disposition submitted by Judge Young (Dkt. No. 66), and the objections filed (Dkt. No. 68). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff Antonio Demarion Coley's claims against defendants Crystal Sims, Christopher Loe, Chiquita Davis, and Mr. Holloway are dismissed without prejudice.

SO ORDERED this the 11th day of March, 2014.

_____
Kristine G. Baker
United States District Judge