**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANTONIO DEMARION COLEY**                                        **PLAINTIFF**
**ADC #92842**

v.                      Case No. 2:12-cv-00160 KGB/HDY

**MARYBETH FLOYD,** *et al.*                                           **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 30th day of March, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge